UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-20484-CIV-MORENO

SARAH ALHASSID, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., NATIONSTAR
MORTGAGE LLC d/b/a CHAMPION MORTGAGE,
and JOHN DOE INSURANCE COMPANY,

    Defendants.
_____/

## ORDER DENYING ATTORNEY DAVID PERMUT'S *PRO HAC VICE* MOTION

THIS CAUSE came before the Court upon Attorney David Permut's Unopposed Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing **(D.E. No. 28)**, filed on **April 4, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that this Motion is **DENIED**. Attorney Christopher Carver, designated as local counsel by attorney David L. Permut in this matter, failed to sign this Motion with an original signature and file it conventionally, as required by Local Rules and CM-ECF procedure. This Court shall not grant David Permut's *pro hac vice* Motion until his application conforms to the appropriate Rules and procedures.

DONE AND ORDERED in Chambers at Miami, Florida, this _11_ day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record