**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 14-20484-CIV-BLOOM/VALLE**

SARAH ALHASSID and SARAH DRENNEN,
on their own behalf and on behalf
of all others similar situated,

      Plaintiff,

vs.

BANK OF AMERICA, N.A., NATIONSTAR
MORTGAGE, LLC (d/b/a CHAMPION
MORTGAGE),

      Defendants.

_____/

## FINAL JUDGMENT AND INJUNCTION

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On September

11, 2015, this Court entered an Order, ECF No. [252], granting in part and denying in part

Plaintiff Sarah Alhassid's ("Plaintiff") Motion for Summary Judgment as to Counts I, II, III, and

VI. On November 4, 2015 the Court entered an Order, ECF No. [290], granting in part and

denying in part Plaintiff's Partial Motion for Summary Judgment, ECF No. [257], as to Counts I,

II, III, IV, and V and denying Defendant Nationstar Mortgage, LLC's ("Defendant") Motion for

Summary Judgment, ECF No. [255], as to Counts I, II, III, and V. Pursuant to Federal Rule of

Civil Procedure 58(a), the Court enters this separate final judgment.

It is hereby **ORDERED AND ADJUDGED** that a Final Judgment is hereby entered as

follows:

1. **Breach of Contract, Counts I, II, and III**

   a. The Court enters a **FINAL JUDGMENT** in favor of Plaintiff on Counts I, II, and III of Plaintiff's Third Amended Complaint, ECF No. [148]; and

   b. **AWARDS** Plaintiff actual damages of $5,000.00 in favor of Plaintiff and against Defendant.

2. **Injunctive Relief pursuant to Fla Stat. § 501.211(1), Count V**

   a. The Court enters a **FINAL JUDGMENT** in favor of Plaintiff on Count V of Plaintiff's Third Amended Complaint, ECF No. [148].

   b. As to Plaintiff only, Defendant and its officers, agents, servants, employees and attorneys, and all persons acting in concert and participation with Defendant, from the date of entry of this Court's Order, ECF No. [290], until the date Plaintiff's reverse mortgage is extinguished, are hereby **PERMANENTLY RESTRAINED AND ENJOINED** from:

      i. providing demonstrably false information to HUD to allow Defendant to declare the loan due and payable; and

      ii. sending a default letter based on insurance or delinquent taxes until the taxes are actually delinquent under Florida law.

3. **Statutory damages pursuant to Fla Stat. § 501.2105, Count V**

   a. The Court enters a **FINAL JUDGMENT** in favor of Plaintiff on Count V of Plaintiff's Third Amended Complaint, ECF No. [148]; and

   b. **AWARDS** Plaintiff reasonable attorneys' fees and costs in favor of Plaintiff and against Defendant pursuant to § 501.2105. This Court shall retain jurisdiction to consider entry of attorneys' fees and costs.

CASE NO. 14-20484-CIV-BLOOM/VALLE

4. **Statutory damages pursuant to 15 U.S.C. § 1692, Count VI**

    a. The Court enters a **FINAL JUDGMENT** in favor of Plaintiff on Count VI of Plaintiff's Third Amended Complaint, ECF No. [148];

    b. **AWARDS** Plaintiff statutory damages of $1,000.00 in favor of Plaintiff and against Defendant pursuant to 15 U.S.C. § 1692k(a)(1)-(2); and

    c. **AWARDS** Plaintiff reasonable attorneys' fees and costs in favor of Plaintiff and against Defendant pursuant to 15 U.S.C. § 1692k(a)(3). This Court shall retain jurisdiction to consider entry of attorneys' fees and costs.

5. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

6. The Court shall retain jurisdiction to consider entry of attorneys' fees and costs, upon the proper submission, and to enforce the terms of the Final Judgment.

7. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2015.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record